**CLOSED CIVIL CASE**

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

MICHAEL R. ANDERSON,

    Plaintiff,

vs.

LOWE'S HOME CENTERS, INC.,

    Defendant.
_____/

Case No. 02-61409-CIV-FERGUSON



FILED by _____ D.C.
APR 30 2003
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

### ORDER OF DISMISSAL

**THIS CAUSE** is before the Court upon the Stipulation of Voluntary Dismissal with Prejudice entered on April 7, 2003. Accordingly, the case is **DISMISSED** without prejudice. The Court will retain jurisdiction over this matter for a period of 60 days from the date of this order to approve, and if necessary, enforce the settlement agreement. It is further

**ORDERED AND ADJUDGED** that any pending motions are rendered moot by this Order of Dismissal.

**DONE AND ORDERED** in Chambers at Ft. Lauderdale, Florida, this 30TH day of April, 2003.

_____
WILKIE D. FERGUSON, JR.
UNITED STATES DISTRICT JUDGE

copies provided:
Barry L. Haley, Esq.
Robert D. Erben, Esq.
Walfrido J. Martinez, Esq.
Bruce J. Rose, Esq.
Tomas Slater, Esq.
Nancy Flint, Esq.



63