

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

MIAMI DIVISION

CASE NO. 02-61409-CIV-JORDAN

| | |
|---|---|
| MICHAEL R. ANDERSON, an individual | ) |
| Plaintiffs | ) ) ) |
| vs. | ) |
| LOWE'S HOME CENTERS, INC. | ) ) |
| Defendants | ) ) |

### ORDER

The parties' agreed motion to amend the order of dismissal [D.E. 64] is GRANTED. The order of dismissal [D.E. 63] shall be AMENDED, as follows. The second sentence shall read: "Accordingly, the case is DISMISSED with prejudice." The remainder of the order shall remain the same.

DONE and ORDERED in chambers in Miami, Florida, this 24th day of October, 2003.

Adalberto Jordan
United States District Judge

Copy to:   All counsel of record